# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:16-143 |
| LOUIS ELMY, | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

For the reasons set forth in court's Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

(1) Elmy's motion to vacate under 28 U.S.C. §2255, (Doc. 46), is **DENIED**.

(2) There is no probable cause to issue a certificate of appealability.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 8, 2020**
16-143-01-ORDER

---

[1] Jurists of reason would not debate the procedural or substantive disposition of Elmy's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be issued.