### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**    **:**

                            **:**      **CRIMINAL NO. 3:16-143**

  **v.**

                            **:**      **(JUDGE MANNION)**

**LOUIS ELMY,**

          **Defendant**       **:**

                            **:**

### ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** To the extent defendant Elmy's motion is one for compassionate release, (**Doc. 57**), it is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction since he has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

**(2)** To the extent defendant Elmy's motion, (**Doc. 57**), can be alternatively construed as a motion for immediate release to home confinement under the CARES Act, it is **DISMISSED** since the court lacks authority to grant such relief under the Act.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 3, 2020**
16-143-02-Order